## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DONNA BOWEN | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 2:17-cv-975-GEKP |
| | : | |
| BANK OF AMERICA, N.A., successor by | : | |
| merger to FIA CARD SERVICES, N.A.: | | |
| | : | |
| Defendant. | : | |

### STIPULATION OF SETTLEMENT
### AND DISMISSAL WITH PREJUDICE

Subject to the terms of the parties' settlement of this matter, it is hereby agreed and stipulated that the above-captioned matter be DISMISSED WITH PREJUDICE, each party to bear its own costs. It is further agreed and stipulated that the Court retain jurisdiction for sixty (60) days while the terms of the settlement are consummated.

| LAW OFFICE OF JOSEPH M. ADAMS | MCGUIREWOODS LLP |
|---|---|
| By:    s/ Joseph M. Adams | By:    /s/ Dean E. Collins |
| | Dean E. Collins, Esq. |
| Joseph M. Adams, Esq. | PA ID No. 79783 |
| Attorney ID: 58430 | dcollins@mcguirewoods.com |
| 200 Highpoint Drive | McGuireWoods LLP |
| Suite 211A | 625 Liberty Avenue |
| Chalfont, PA 18914 | EQT Plaza, 23rd Floor |
| (215) 996-9977 | Pittsburgh, PA 15222-3142 |
| Attorney for Plaintiff | Telephone: 412-667-7917 |
| | Facsimile: 412-402-4195 |
| | Attorney for Defendant |

Dated: May 18, 2017

SO ORDERED:

_____ U.S.D.J.